# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

LAURO MENDOZA and JUANITA MENDOZA,

           Defendants.

**JUDGMENT**

11 Civ. 8620 (VB)

WHEREAS, the United States of America (the "Government") filed its Complaint in this action on November 28, 2011, and defendants Lauro Mendoza and Juanita Mendoza ("Defendants") were duly served with a copy of the Complaint, and have accepted service thereof;

WHEREAS, on or about November 28, 2011, the parties hereto entered into a Stipulation and Order of Settlement and Dismissal (the "Stipulation") resolving all of the claims alleged in the Government's Complaint against Defendants, and presented such Stipulation to the Court;

WHEREAS, on or about ___Dec. 1,_____, 2011, this Court signed the Stipulation and, accordingly, it is so ordered;

NOW, THEREFORE, it is hereby ORDERED AND ADJUDGED as follows:

1.    The United States shall have judgment against Defendants in the sum of one hundred seventy-eight thousand, one-hundred twenty-eight dollars and ninety-seven cents ($178,128.97), to be paid in accordance with the terms of the Stipulation, and the United States shall have execution therefor.

2.    The above-captioned action is dismissed with prejudice, without costs or fees to either party.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2011

Dated: New York, New York
            12/1        , 2011

_____
~~CLERK OF COURT~~
USDJ